UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TARA COLE; DUANE COLE,
SONIA COLE,

JUDGMENT
05-CV- 4869 (CBA)

Plaintiffs,

-against-

BOARD OF EDUCATION V. BROWN;
BROWN V. BOARD OF EDUCATION;
P.S. 40; P.S. 136; P.S. 109; P.S. 72; ACS;
JOHN DOE; JANE DOE,

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 31 2005 ★
P.M. _____
TIME A.M. _____

Defendants.
-----------------------------------------------------------X

A Memorandum and Order of Honorable Carol Bagley Amon, United States District Judge, having been filed on October 27, 2005, dismissing plaintiff, Sonia Cole's complaint filed *in forma pauperis* for lack of subject matter jurisdiction; directing that the Order enjoining plaintiff from filing any new *in forma pauperis* complaints without leave of the Court remains in effect; certifying pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith; and denying *in forma pauperis* status for the purpose of any appeal; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendants; that plaintiff, Sonia Cole's complaint filed *in forma pauperis* is dismissed for lack of subject matter jurisdiction; that the Order enjoining plaintiff from filing any new *in forma pauperis* complaints without leave of the Court remains in effect; that pursuant to 28 U.S.C. § 1915 (a)(3) any appeal would not be taken in good faith; and that *in forma pauperis* status is denied for the purpose of any appeal.

Dated: Brooklyn, New York
October 28, 2005

/s/
ROBERT C. HEINEMANN
Clerk of Court